IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAVID GRAHAM GOODMAN,<br><br>      Plaintiff,<br><br>v.<br><br>KENNETH W. STOLLE, ET AL.,<br><br>      Defendants. | Civil Action No. 1:13-cv-540 |

## MOTION FOR SANCTIONS PURSUANT TO RULE 37(e)

  Pursuant to Federal Rule of Civil Procedure 37(e), Plaintiff David Graham Goodman ("Plaintiff"), by and through undersigned counsel, respectfully moves the Court for sanctions against Defendants Diggs, Hayes, Moissett, and Repass for failure to preserve electronically stored information. This motion is made on the grounds set forth in the accompanying Memorandum in Support of Motion for Sanctions Pursuant to Rule 37(e). Counsel for Plaintiff hereby certifies that the parties have met and conferred by telephone in a good-faith effort to narrow the areas of disagreement.

  Two proposed orders, reflecting the alternative forms of relief Plaintiff seeks, are attached to this motion.

Dated: November 5, 2021

Respectfully submitted,

/s/ Lauren C. Andrews
Philip A. Sechler (*pro hac* vice)
Lauren C. Andrews (VA Bar No. 92149)
ROBBINS, RUSSELL, ENGLERT, ORSECK
& UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
landrews@robbinsrussell.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Jeff Wayne Rosen
Lisa Ehrich
Jeffrey A. Hunn
PENDER & COWARD PC
222 Central Park Ave, Suite 400
Virginia Beach, VA 23462
Tel: (757) 490-6253
jrosen@pendercoward.com

*Counsel for Defendants*

/s/ Lauren C. Andrews
Lauren C. Andrews (VA Bar No. 92149)
ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
landrews@robbinsrussell.com

*Counsel for Plaintiff*