IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAVID GRAHAM GOODMAN,<br><br>                      Plaintiff,<br><br>v.<br><br>KENNETH W. STOLLE, ET AL.,<br><br>                      Defendants. | Civil Action No. 1:13-cv-540 |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff's Motion For Sanctions Pursuant To Rule 37(e). Upon consideration of the Motion, it is hereby:

ORDERED that Plaintiff's Motion For Sanctions Pursuant To Rule 37(e) is GRANTED; and it is further

ORDERED that the jury will be instructed that they [may]/[must] presume the spoliated video evidence would have been unfavorable to Defendants; and it is further

ORDERED that Defendants pay Plaintiff's attorneys' fees, costs, and expenses incurred in litigating Defendants' spoliation.

SO ORDERED this ___ day of November, 2021.

                                                                                                                     _____
                                                                                                                     The Honorable Ivan D. Davis
                                                                                                                     United States Magistrate Judge

Alexandria, Virginia