(/)

Jail        Courts        Civil Process        Media        Jobs        About



**VBSO COVID-19 response, closures and cancellations:**

As the COVID-19 pandemic continues to evolve, the Virginia Beach Sheriff's Office is taking every possible precaution to safeguard the health and safety of every person living and working inside the Virginia Beach Correctional Center.

On-site friends and family visitation for inmates at the Virginia Beach Correctional Center RESUMED on July 1, 2021.

Click here for additional information: vbso.net/coronavirus (https://www.vbso.net/coronavirus).

# ABOUT VBCC

## About VBCC

With an average daily population of 1,000 inmates, the Virginia Beach Correctional Center is one of the largest city jails in Virginia. The jail is responsible for pre-trial inmates and inmates serving misdemeanor sentences of a year or less, as well as inmates awaiting transfer to the Virginia Department of Corrections. The Sheriff's Office provides for the security and care of inmates committed to the Correctional Center, including meals, medical and mental health care, visitation, education services, rehabilitative



programs and work opportunities. Operating the Correctional Center and providing related functions comprise the largest portion of Sheriff's Office operations and account for more than 75% of its $48 million annual budget.

In addition to Correctional Operations, the Sheriff's Office also provides inmate booking, record-keeping and classification, maintenance of the jail and a Criminal Intelligence Unit that investigates and prosecutes any criminal activity that occurs within the facility. The VBSO Criminal Intelligence Unit and K9 Unit also assist with local, state and federal investigations.

The Virginia Beach Correctional Center routinely earns perfect scores on audits and inspections conducted by independent state and federal agencies, which critique nearly every aspect of operations, most importantly the safety, security and health of the facility. These include the:

- Virginia Department of Corrections Life, Health and Safety inspection, an unannounced annual inspection to ensure compliance with 50+ standards pertaining to the health and safety of inmates housed in the Virginia Beach Correctional Center;
- Virginia Department of Corrections three-year audit, a planned triennial audit evaluating 160 standards covering everything from use of force to fire safety (auditors review records, tour the jail and interview inmates and staff);
- U.S. Department of Justice Prison Rape Elimination Act audit, a scheduled audit to evaluate compliance with federal requirements — outlined in 43 standards — designed to protect prisoners from sexual abuse and ensure any allegations of sexual assault or harassment in lockups are reported and investigated; and
- U.S. Marshals Service facility inspection, an annual inspection to ensure standards are met for holding federal prisoners taken into custody by the U.S. Marshals Service.

The command at the Virginia Beach Correctional Center is led by Correctional Operations Capt. Kevin Hugo, Correctional Administration Capt. Joseph Bartolomeo, Correctional Support Capt. Alvie Culanding and Programs/Classification/Criminal Intelligence Unit Capt. Christina Mapes.





(index.html)

Our mission is to provide for the public safety of the citizens of Virginia Beach, through the efficient and professional operations of the Sheriff's Office as provided for in the Constitution and the Code of Virginia.

   (https://www.youtube.com/channel/UCygeJ-(https://www.facebook.com/VBSheriffsOffice)(https://www.instagram.com/vbsosheriffsoffice/)

## Additional VBSO Info.

» Americans With Disabilities Act (Https://Www.Vbso.Net/Americans-With-Disabilities-Act)

» Accreditation & Inspections (Https://Www.Vbso.Net/Accreditation)

» Records Requests/Freedom Of Information Act (Https://Www.Vbso.Net/Freedom-Of-Information-Act)

» File A Compliment Or Complaint (Https://Www.Vbso.Net/File-A-Compliment-Or-Complaint)

» Mobile Patrol App (Https://Apprisssafety.Com/Solutions/Mobilepatrol/)

## Affiliate Links

» City Of Virginia Beach (Https://Www.Vbgov.Com)

» Virginia Beach Police (Https://Www.Vbgov.Com/Government/Departments/Police/Pages/Default.Aspx)

» Virginia State Police Community Policing Reporting Database (Https://Www.Vsp.Virginia.Gov/CJIS_UniformCrimeReporting.Shtm#CP)

» Virginia Beach Crime Solvers (Https://Crimesolvers.Com/)

» Virginia Sex Offender Search (Https://Sex-Offender.Vsp.Virginia.Gov/Sor/Policy.Html?Original_requestUrl=Http://Sex-Offender.Vsp.Virginia.Gov:80/Sor/ZipSearch.Html&Original_request_method=GET&Original_request_parameters=)

» VineLink Victim Notification (Https://Vinelink.Com/#/Home)

» VBPD Warrant Search (Https://Eprodmz.Vbgov.Com/MainUI/Warrants/WarrantsMain.Aspx)

» VA Department Of Corrections (Https://Vadoc.Virginia.Gov/)

» Employee Email Access (Outlook) (Https://Mail.Vbgov.Com/Owa/Auth/Logon.Aspx?ReplaceCurrent=1&Url=Https%3a%2f%2fmail.Vbgov.Com%2fowa)

## Contact Us

📍 2501 James Madison Blvd, Virginia Beach, VA 23456

✉ webmaster@vbso.net (mailto:webmaster@vbso.net)

📞 (757) 385-4555

© Copyright 2019 Virginia Beach Sheriff's Office

