## PROFESSIONAL STANDARDS AND ACCOUNTABILITY
## DIVISION DIRECTIVE

| SUBJECT: Security Equipment Recordings | | # PS 01-00-02 |
|---|---|---|
| EFFECTIVE DATE: August 29, 2008 | REVISION DATE: NEW | PAGE: 1 OF 2 |
| APPROVING C.O. *Elliot Ortiz* SIGNATURE | | Captain E. Ortiz NAME PRINTED |

**VALEAC: NONE**
**MS: NONE**

**Purpose:**

To set forth the Office of Professional Standards and Accountability (PSO) policy for the security and accountability of the digital video recordings (DVR) obtained from the facility surveillance system.

**Policy:**

It is the policy of the Office of Professional Standards and Accountability to maintain security and accountability for all preserved digital video recordings.

**Procedure:**

**Preservation and Dissemination**

1. All requests for digital video recordings must be submitted in writing to the Office of Professional Standards and Accountability.

    a. Digital video recordings may be provided to other criminal justice agencies provided the request is made in writing. Proper identification of the requester must be obtained prior to providing the recordings. This may be done by examining the identification of the requesting officer, by the use of normal forms and official correspondence, and teletype.

    b. Requests for digital video recordings by non-criminal justice personnel will be treated as a Freedom of Information Act request. Recordings will be provided pursuant to the Virginia Freedom of Information Act, §2.2-3700 thru §2.2-3714.

    c. The incident will be recorded in its entirety.

    d. If appropriate, the requester will be provided a copy of the recording. The

      original recording will be maintained in the appropriate PSO case file or legal case file.

2. All recordings will be preserved in the encrypted format to prevent alteration of the recording.

3. The dissemination of digital video recordings will be recorded in the PSO Recording Requests log. Information recorded will include:

    a. date requested

    b. incident date and VBSO incident report number and/or PSO case file number – if such number exists

    c. name of requester

    d. requesting agency name

    e. explanation of dissemination

    f. date recording released

4. In any case where a deputy has brought charges against an individual and it is later determined that the recording contains evidence that may be exculpatory in nature, the deputy shall immediately contact his supervisor for guidance regarding the disposition of the charges. If the case is being handled by the City/Commonwealth's Attorney, they shall also be notified immediately.

5. Digital video recordings will **not** be made for use as a training tool.

**Retention**

1. Preserved recordings will be maintained according to the Library of Virginia Records Retention, Schedule for Destruction.