

# Transcript of **Todd Moissett**

Friday, September 10, 2021

*David Graham Goodman v. Kenneth W. Stolle, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 107453

```
 1        Q.    Do you know if Deputy Diggs or Deputy

 2   Repass completed an inmate violation report for

 3   Mr. Goodman?

 4        A.    I don't know.

 5        Q.    Did you see Mr. Goodman again after the

 6   last time you saw him in the B wing?

 7        A.    I don't -- I do not believe so.

 8        Q.    Who have you talked to about this lawsuit?

 9              MR. ROSEN:  Exclude the conversations you

10   had with me.

11              THE WITNESS:  With that in mind, no one

12   besides Captain Richie, but just in regards to the

13   status of the lawsuit, not regarding the incident

14   itself.

15   BY MS. ANDREWS:

16        Q.    I don't want to ask anything about the

17   conversations that you had with Mr. Rosen.  You said

18   you'd spoken with Captain Richie; is that right?

19        A.    Regarding the status of the case itself,

20   not regarding information about the case.

21        Q.    So you haven't spoken with her about the

22   incident with Mr. Goodman?
```