IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

DAVID GRAHAM GOODMAN,

                Plaintiff,

v.

KENNETH W. STOLLE, ET AL.,

                Defendants.

Civil Action No. 1:13-cv-540

## ORDER

This matter comes before the Court on the parties' Joint Motion For Extension of Time To Complete Expert Discovery And File Related Motions ("Motion") [Dkt. No. 139]. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. It is further

ORDERED that:

- Any supplemental expert report by Plaintiff to address Plaintiff's deposition testimony shall be disclosed by November 12, 2021;
- All expert discovery, including depositions of Defendants' experts, shall be completed by November 26, 2021; and
- Any pretrial motions regarding expert opinions shall be filed by December 3, 2021, and noticed for hearing consistent with Local Civil Rule 7; [and]
- The Final Pretrial Conference shall be rescheduled for Thursday, December 16, 2021 at 10:00 a.m.

SO ORDERED this 9th day of November, 2021.

                                                    /s/ Ivan D. Davis
                                                    The Honorable Ivan D. Davis
                                                    United States Magistrate Judge

Alexandria, Virginia