Date: 11/19/2021                        Judge: Ivan D. Davis
                                                                          Reporter: FTR

Start: 10:22 a.m.
Finish: 11:20 a.m.

Civil Action Number: 1:13-cv-540

David Graham Goodman

vs.

Z. Diggs, et al

Appearances of Counsel for (x) Pltf (x) Deft

Motion argued and

[140] Motion for Sanctions -   taken under advisement.

[144] Motion to Exclude Evidence Related to Plaintiff's Criminal and Disciplinary History -   taken under advisement.


Order to follow.