IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

DAVID GRAHAM GOODMAN,

                Plaintiff,

v.

KENNETH W. STOLLE, ET AL.,

                Defendants.

Civil Action No. 1:13-cv-540

**ORDER**

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Plaintiff's Motion For Sanctions Pursuant To Rule 37(e) [Dkt. No. 140] is **taken under advisement**; and it is further

ORDERED that to the extent the parties deem it appropriate to file supplemental briefs for the Court's consideration, that said briefings will be filed according to the below schedule:

1. Plaintiff's brief is due by close of business on Wednesday, November 24, 2021.
2. Defendants' brief is due by close of business on Tuesday, November 30, 2021.

SO ORDERED this 19th day of November, 2021.

                                            /s/ Ivan D. Davis
                                            The Honorable Ivan D. Davis
                                            United States Magistrate Judge

Alexandria, Virginia