

**DAVID GRAHAM GOODMAN**

#12-032844

Sex: Male
Aliases: GOODMAN, DAVID G, GOODMAN SNAKE
DOB: 957 (Age 57)
SSN: : 3727

Agency: 3
Location: [OUT]
JMS ID: P01-023553

Allergies: pcn,iodine,fish,bean

SummaryProblemsSick CallsFlow SheetsFormsMedicationTasksChart NotesDocumentsAlertsReports

## Triage

- 11-07-2012 : C-765A Integrated Intake Screen ...
- 03-30-2012 : Vital Sign Order Form
- 03-30-2012 : C-765-VB - PPD Test

## Medical

## Dental

- No recent records

## Mental Health

- No recent records

Viewing 1–1 of 1 History Items    Show 10

🔒 **11-07-2012 19:59 with Courtney A Hoyles**
[Last Updated: 11-07-2012 20:17]

**Vitals Taken**

| BP: 118/79 | Temp: 96.5°F | Weight: - lbs | BMI: 0.0 |
| Pulse: 97 | Resp: 18 | Height: 0ft 0in | SPO2: 96.0% |

**Subjective:** use of force by deputies d/t altercation about housing

**Objective:** Inmate was seen in B118 after altercation with deputies led to use of force. Inmate was found laying on left side leaning against the wall with head toward the back of the cell. Inmate presented with dark red blood pooled on floor around face and crusted to left brow bone/forehead. Inmate was holding right arm in 90degree angle against body stating he was in a fight and "thrown on the ground" and his "head was busted open". Inmate stated he was upset and expressed his interest in viewing the videos for a lawsuit against those involved in the incident. Inmate agreed to be seen by medical staff and was helped to sitting position by floor deputy and self. Inmate stated he has rods and pins in his back and neck and was in a lot of pain. Inmate also c/o dizziness. Initial pulse measured at 116 and initial O2 sats measured at 91%. Inmate was instructed to remain calm and take deep breaths in nose and out mouth. O2 sats rose to 93%. PERRL. Gauze and NS used to cleanse blood from forehead, face, and brow and gauze held to wound to minimize bleeding. Inmate helped to a standing position by Sgt Ulrich and floor deputy and was seated in wheelchair for transport to medical office. O2 applied at 3L for comfort and reassurance.

**Note Off Status:** Incomplete
[Note Off]
**Note Off Text:** [By on ]
**Locked:** Yes
**Interpreter used:** No

CONFIDENTIAL     STOLLE 020

O2 sats started at 93% before application of O2 and rose to/remained aat 96% following treatment. Inmate has extensive medical hx including COPD. PERRL. Strong and firm grip in left hand. Loose and weak grip in right hand. Inmate is able to shrug both shoulders/arms equally to ears. Limited ROM in right arm d/t pain and full ROM in left arm with medical hx of rods and pins being considered. No c/o tingling, numbness, or paralysis at this time. Small approximately 0.25" laceration to outer edge of left brow bone by the hairline. Gauze applied with pressure to stop bleeding. Wound cleansed again with NS and alcohol and patted dry with sterile gauze. Glued shut with wound glue with successful results. Edges now well approximated and wound glue holding well. No bleeding present at this time. Covered with bandaid to keep hair/dirt out of cut. Inmate returning to block as he is feeling better and less dizzy at this time and Neuro check clear.

**Assessment:** Laceration to left brow bone; Ice pack for comfort and to reduce swelling.

**Plan:** Ice pack for comfort and to reduce swelling.

**Education:** *blank*

Entered by: Courtney A Hoyles at patient request
Add Addendum
Recategorize to Medical

[Search] [Clear]

Viewing 1-1 of 1 History Items    Show 10