IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

AmendeD
COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number 1:13cv540 (GBL-IDD)
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. **PARTIES**

A. Plaintiff:

1. (a) DAVID GRAHAM GOODMAN (b) 11-3987
(Name)                                    (Inmate number)
    CHESAPEAKE City JAil
(c) 400 Albemarle Dr.
(Address)
    Chesapeake Virginia 23322-5504

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B. Defendant(s):

1. (a) KENNETH W. Stolle (b) Sheriff / High Constable
(Name)                                    (Title/Job Description)
(c) 2501 James Madison Blvd.
(Address)
    VA. Beach VA. 23456

2

2. (a) <u>SERGEANT JOHN DOE</u> (b) <u>SERGEANT/Deputy Sheriff</u>
     (Name)                              (Title/Job Description)

  (c) <u>2501 JAMES MADISON BLVD.</u>
     (Address)

  <u>VA. BEACH, VA. 23456</u>

3. (a) <u>CORPORAL JOHN DOE</u> (b) <u>CORPORAL Deputy Sheriff</u>
     (Name)                              (Title/Job Description)

  (c) <u>2501 JAMES MADISON BLVD.</u>
     (Address)

  <u>VA. BEACH, VA. 23456</u>

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II. **PREVIOUS LAWSUITS**

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?  Yes [ ]  No [X]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

  1. Parties to previous lawsuit:

  Plaintiff(s) _____N/A_____

  Defendant(s) _____N/A_____

  2. Court (if federal court, name the district; if state court, name the county):
     _____N/A_____

  3. Date lawsuit filed: _____N/A_____

  4. Docket number: _____N/A_____

3

Case 1:13-cv-00505-RDA-IDD Document 63-3 Filed 11/24/23 Page 3 of 16 PageID# 1633

PAGE 3 (C-2/4?)

ADDITIONAL DEFENDANTS (continued)

B. DEFENDANTS

4) A) Deputy John Doe         b) Deputy/Deputy Sheriff
   NAME                          JOB DESCRIPTION/TITLE

   c) 2501 James Madison Blvd.
      ADDRESS
      VA. Beach, VA. 23456

5) A) Deputy Jane Doe         b) Deputy/Deputy Sheriff
   NAME                          JOB DESCRIPTION/TITLE

   c) 2501 James Madison Blvd
      ADDRESS
      VA. Beach, VA. 23456

5. Name of Judge to whom case was assigned: _____
   _____ N/A _____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :
   _____ N/A _____

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: _____
   Virginia Beach Corr. Ctr.
   2501 James Madison Blvd.
   VA. Beach, VA. 23462

B. Does the institution listed in "A" have a grievance procedure? Yes [X] No [X] UNKNOWN
   * SEE attached Sheet

C. If your answer to "B" is Yes:

   1. Did you file a grievance based on this complaint? Yes [X] No [ ] Incident Report
      upon Return to Ches. City Jail
   2. If so, where and when: 400 Albemarle Dr.
      Chesapeake, VA. 23322-5504
   3. What was the result? unknown / Internal Affairs
      _____

   4. Did you appeal? Yes [ ] No [ ] SEE attached Sheet

   5. Result of appeal: _____
      _____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [X] No [ ]
   If your answer is Yes, what steps did you take? Incident Report at Chesapeake
   City Jail 400 Albemarle Dr. Ches. VA. 23322-5504

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:
   * SEE Attached Sheet and original
   Complaint.

4

Page 4 (continued)

David Graham Goodman
  Plaintiff

V.                                   1:13 cv 540 (GBL/IDD)

Kenneth W. Stolle, et al.,

Attachment for Verified Statement (page 4 cont.)

As stated in my original complaint dated April 19th 2013 (page 4)

III. Grievance Procedure
  Answers for B, C, D, E.
B. This is unknown to me. I had been transported to that facility from Chesapeake City Jail, that morning November 7th 2012, for a violation of probation hearing. (same day)
C. see attachment (see page 4)
D. see page #4
E. see page #4

When taken to medical that night for treatment, after the assault I told the Sergeant (name unknown) and the nurse (unknown name) I needed treatment/Hospital. Nurse stated possible concussion / cut above left eye busted open bleeding badly. Requested again to be taken to hospital.

Request was Denied.

I was in extreme pain, I later lost consciousness.

I was Returned to Ches. City Jail morning of November 8th 2012 before sunrise.

c)
1) Unknown
2) Ches. City Jail
3) Internal Affairs Division

David G. Goodman pro-se
David Graham Goodman pro-se

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

Defendant #1, Kenneth W. Stolle, Sheriff/High Constable hereafter referred to as Defendant #1.

Defendant #1 is guilty of a violation of my 8th (Eighth) Amendment Rights, as follows 1/ By Jail officials, "Use of Excessive Force" 2/ It is "Common Pratice" in unnecessary instances for Deputies of the Virginia Beach Sheriffs Department to engage inmates in a malicious and Sadistic manner, which is a violation (Direct Violation) of Eighth Amendment Rights, and Deputies (Defendants #2, #3, #4 and #5) committed a "Battery" as defined in Black's Law Dictionary 173 (9th Ed. 2009). Therefore making Defendant #1 liable as follows, 1/ Failed to oversee the people who caused the wrong, such as by hiring unqualified people, or failing to adequately train Staff/Deputies 2/ Created a Policy or Custom that allows the wrong to occur

\* see original Statement/Complaint, Statement of the claim

5  Daniel G. Goodman pro-se
David Graham Goodman pro se

IV. Statement of The Claim (page #2)

Defendant #2, SERGEANT JOHN DOE, Hereafter Referred to as Defendant #2

1/ On November 7th 2012, upon my Return from Court to the Holding Area of the VA. Beach Corr. Ctr.

2/ I was placed in the intake area, Removed from wheelchair, and placed on a Concrete bench. I was then instructed to Return to a wheelchair to be transported to Medical (2C). I Questioned a Lower Bunk?

3/ I was answered No!, on the Floor!

4/ I stated No!, I have Spinal Cord Damage, cannot be placed on Floor!

5/ The Sergeant, Defendant #2, became Angry. Then grabbed me by the neck of the jumpsuit causing neck pain

6/ I was then dragged across the concrete Floor approx 50 ft., thrown into a Holding Cell and left laying in the floor without my cane. The Sergeant

IV Statement of the Claim (page 3)

Committed an Assault and Battery under "Color of State Law" A violation of my 8TH (Eighth) Amendment Rights, To Be free of Assault and Battery by a Prison/Jail Offical.

Daniel G. Goodman pro-se
David Graham Goodman pro-se

IV Statement of the Claim (page 4)

Defendant #3, Corporal John Doe, hereafter referred to as Defendant #3,

1/ Sometime after Shift change 1800 hrs/6:00 PM I was instructed by a Sergeant (Tech) Roland and helped into a wheelchair.

2/ I was instructed and helped into wheelchair by Tech Sergeant Roland, then released into custody of Three Sheriff Department personnel, to include Defendant #3.

3/ I was then on the way to new location, (Medical?), I was displaced from the wheelchair.

4/ Defendant #3, then grabbed me from floor, with "severe force", then slammed me into floor again, cussed me, hand-cuffed me and dragged me down the hallway approximately 100 + yards, causing me severe neck and back pain as well as Right Shoulder, extreme pain. A violation of my 8th Amendment Rights (see original Statement of Claim)

David J. Goodman pro se
David Graham Goodman pro se

IV. Statement of the Claim (page 5)

Defendant #4 Deputy John Doe hereafter referred to as Defendant #4.

1/ Sometime after 1800 hrs/6:00pm on November 7th 2012, Defendant #4 with the assistance of Defendant #3 dragged me down the hallway approximately 100 + yards.

2/ Upon arrival at Medical Isolation, he help to slam me, (Defendant #4) in the floor (Bare Concrete). Then stepped on my back while I was being in handcuffed creating me severe back pain as well as severe neck pain after being slammed into the floor.

3/ Participating in an Assault and Battery "Under Color of State Law" A Direct Violation of my 8th Amendment Rights.

1/ See original Statement of the Claim submitted with 1983 April/2013

Daniel G. Goodman, pro-se
Daniel Graham Goodman, pro-se

IV Statement of the Claim (page 6)

Defendant #5, Deputy Jane Doe, hereafter referred to as Defendant #5,

1/ On November 7th 2012, sometime after 1800 hrs / 6:00pm.

2/ Defendant #5 was assigned to assist in my Transport to now known, as Medical Isolation.

3/ Upon my arrival at Medical Isolation after being displaced and dragged down the hallway, as previously stated by Defendant #3 and Defendant #4, she assisted in the Assault and Battery on my person by assisting on slamming me in the Floor (concrete Floor).

2/ Defendant #5 then stood on my neck causing me severe pain. I stated I have had "Cervical Fusion" and have had multiple neck surgeries etc. She then kneeled on my neck, grinding my face into floor, at some time during this I lost consciousness.

5/ After my left hand was uncuffed Defendant #5 stood or placed her

III Statement of the Claim page 7

knee, and weight on my Left hand causing severe pain and Damage to my Left hand —

c/ Defendant #5 also placed a thumb and Finger on the pressure point behind my Right Ear causing Extreme pain, Again using Excessive Force in an unprovoked attack on my person.

A violation of my 8th Amendment Right to be Free of Assault and Battery by a Official "under Color of State Law"

David B. Goodman pro-se
David Brahhan Goodman pro se

In Conclusion:

To the Honorable Court,

1/ I pray my previous statements may be used in addition to these Revised, Reformatted statements.

2/ I beg the Court to allow my Motion of Discovery. As I have exhausted all other means to obtain the Deputies names and information involved in the Assault and Battery of or on November 7th 2012

3/ As outlined this was an Assault and Battery "Under Color of State Law"

4/ All due respect to the Court, but by not allowing me Motion of Discovery and pertinent information, vital information, the Court is in fact, assisting said Deputies and the Sheriff of VA. Beach, VA, in avoiding Justice for said violation of my Eighth Amendment Rights.

Therefore, I pray the Court will Reconsider its position on my Motion of Discovery.

<u>In Conclusion (page 2)</u>

5) As the Court can see by the statements set forth in these statements I again, request the Court, Also reconsider, my motion for appointment of Counsel.

6) This case is only going to become more complicated, and my condition has worsen.
I am now awaiting outside medical visit, very limited mobility —
This Consultation will be for a Referral to a Neurosurgeon

7) Please note these documents were Stamped on July 8th 2013. If necessary I beg the Court for Assistance in Release of names of Deputies involved to amend any paperwork that may be deemed necessary and any extension that may be necessary to file.

Daniel G. Goodman pro-se
David Graham Goodman pro-se
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

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __D.J.J.__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

✓ Award money damages in the amount of $ __750,000.00__

✓ Grant injunctive relief by __Temporary Restraining Order (TRO) fear of Reprisal__

✓ Other __Punitive Damage $100,000.00 Physical and physiological damages__ *(TRO) not to be housed at VA. Beach Corr. Ctr.*

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

Norfolk City Jail 811 E. City Hall Ave Norfolk VA. 23510 - January 3, 2013

*VA. Beach Corr. Ctr. 2501 James Madison Blvd. VA. Beach, VA. 23456 - Nov 7, 2012

Chesapeake City Jail 400 Albemarle Dr. Ches. VA. 23322 - May 17th 2011 to present

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [✓] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __16th__ day of __July__, 20__13__.

Plaintiff __David J. Jourdain__ pro-se

City/County of __Chesapeake__
Commonwealth of Virginia
Sworn and subscribed before me this
day of __7/16/13__
Witness my hand and official seal.
__C. E.__ Notary Public

My commission expires 7/31/14

[Notary Seal: C. E. EARLES, NOTARY PUBLIC, MY COMMISSION NUMBER 367491, COMMONWEALTH OF VIRGINIA]

6