```
 1            UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA
 2                    ALEXANDRIA DIVISION
   _____
 3
     DAVID GRAHAM GOODMAN,
 4
                         Plaintiff,
 5
     vs.
 6                              Civil Action No.:  1:13cv540

 7

 8   KENNETH W. STOLLE, et al.,

 9                       Defendants.
   _____
10

11    VIDEOCONFERENCE DEPOSITION OF DAVID GRAHAM GOODMAN

12                     October 12, 2021

13                         1:07 p.m.

14

15

16

17             HALASZ REPORTING & VIDEO

18        1011 East Main Street, Suite 100

19            Richmond, Virginia 23219

20                  (804)708-0025

21

22

23

24

25   REPORTED BY:  PAULA MARIE MADDERN, CCR
```

```
 1        A    Correct.
 2        Q    So you knew that next day when you wrote
 3   this statement on November 8th, 2012, that you were
 4   going to file a lawsuit against these deputies,
 5   right?
 6        A    Yes, sir, I did.
 7        Q    All right.  And then according to your
 8   statement, you were taken to the medical and seen by
 9   a nurse in medical, correct?
10        A    Yes.
11        Q    And do you have any problem or issue with
12   the treatment that you received from the nurse in the
13   medical department that evening or afternoon?
14        A    That in itself, no.  But the statement
15   that they later released is not the way it went down,
16   the nurse suggested that I be taken to the hospital,
17   and she believed also that I had a concussion.  And
18   the sergeant that was in medical refused that
19   treatment.
20        Q    All right.  So it's your testimony that
21   the nurse you saw at the Virginia Beach Correctional
22   Center recommended you receive additional treatment,
23   and a sergeant at the sheriff's department refused?
24        A    Correct.
25        Q    When you said earlier that that
```

```
 1  statement -- the statements that they released, I
 2  think you said it wasn't accurate.  What statement
 3  are you talking about?
 4       A    It's not accurate.
 5       Q    The question is:  What statement are you
 6  talking about?
 7       A    The statement that, five years later, I
 8  received from the Virginia Beach Sheriff's Department
 9  of how she patched it up and cleaned it up and that
10  was the end of the conversation.
11       Q    So you're referring to the nurse, who you
12  saw at the correctional center's notes, you're saying
13  her notes are not correct?
14       A    Not as the way it transpired that night,
15  no, sir.  They're not complete.
16       Q    What is not complete about the nurse's
17  notes from the Virginia Beach Correctional Center on
18  that evening?
19       A    There's no statement that she informed
20  them that I needed further treatment; that I needed
21  to be x-rayed and seen for a concussion or any of
22  that.  It's all left out.  It's like it's been
23  doctored.
24       Q    Did you hear a conversation between the
25  nurse who treated you and the sergeant?
```

```
 1        A    Yes, I did.
 2        Q    And what did she say to the sergeant and
 3   what did the sergeant say to her?
 4        A    She told the sergeant point blank that I
 5   needed to be taken to the hospital, x-rayed, and
 6   examined further for a concussion; that she felt I
 7   had a probable concussion.  And the sergeant looked
 8   at her and then at me and said, "Denied."
 9        Q    Did you hear any other conversation
10   between the nurse and the sergeant that evening?
11        A    Just minor things that what she was doing
12   and so forth.
13        Q    What do you mean by that?
14        A    That she was cleaning it up and this and
15   that.  They had taken a couple of steps back when
16   they were discussing this.
17        Q    All right.  And so once the nurse was
18   complete with whatever she did with you and however
19   she treated you, what happened next?
20        A    I was taken back to medical isolation and
21   dumped in the floor again.
22        Q    Who took you back?
23        A    I don't know.  A deputy, that's all I can
24   tell you.
25        Q    What do you mean by dumped on the floor?
```