

# Transcript of **Zachary Diggs**

Friday, September 10, 2021

*David Graham Goodman v. Kenneth W. Stolle, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 107454

```
 1   to do at that point was up to him.  But he refused to
 2   do anything and just laid on the ground.  He may have
 3   said, I'm not going to go or I'm not going to get up.
 4   I don't remember his specific statement.
 5              So eventually we had to move him from this
 6   hallway, he can't stay in the hallway until he's
 7   ready to go home, and move him to his new location.
 8   So that's why we had to physically move him to the
 9   new housing.
10        Q.    Who gave him directions to stand up?
11        A.    I don't remember that, ma'am.
12        Q.    And was he told to stand up so he can
13   either get back in the wheelchair or walk?
14              MR. ROSEN:  Objection.  Asked and
15   answered.  You can answer.
16              THE WITNESS:  Yes, ma'am.
17   BY MS. ANDREWS:
18        Q.    You said eventually you have to move him.
19   So how did you move him?
20        A.    So I believe Repass was on one side, I was
21   on the other.  And then just kind of grabbed him by
22   his wrist, forearm, underneath his armpit, just
```

```
 1   physically started dragging him down the hallway.
 2        Q.    Did you lift him up from where he was on
 3   the ground?
 4        A.    Slightly, yes.  Yeah, I would have to.
 5        Q.    I may have misheard you.  Did you say
 6   slightly?
 7        A.    Yes, ma'am.  I would have to have
 8   physically picked him up off the ground, elevated
 9   part of his body off the ground to move him down the
10   hallway, yes.
11        Q.    So was Mr. Goodman upright when you and
12   Deputy Repass moved him down the hallway?
13        A.    Like upright as in standing straight up
14   and down, or just --
15        Q.    Yeah, was he --
16        A.    His body would have been -- he was laid on
17   his back on the ground, and he would have -- his
18   torso would have been lifted up, his legs would have
19   still been on the ground, and then we were physically
20   moving him down the hallway like that.
21        Q.    So he was on his back with his torso
22   lifted, and that's the position he was in when you
```