```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                      (Alexandria Division)

 4      - - - - - - - - - - - - - - - -  X

 5    DAVID GRAHAM GOODMAN,              :

 6           Plaintiff,                  :

 7    v.                                 :  Case Action No.

 8    KENNETH W. STOLLE, et al.,         :  1:13-cv-540

 9           Defendants.                 :

10                                       X

11                       Remote Deposition

12                       Wednesday, September 8, 2021

13             Deposition via Zoom of LINDA RICHIE, a

14    witness herein, called for examination by counsel for

15    Plaintiff in the above entitled matter, pursuant to

16    notice, the witness being duly sworn by Desirae S.

17    Jura, a Notary Public in and for the Commonwealth of

18    Virginia, taken at 10:04 a.m., ET, and the

19    proceedings being taken down by Desirae S. Jura, RPR,

20    and transcribed under her direction.

21

22
```

```
 1   BY MS. ANDREWS:
 2       Q.   I have one quick follow-up.  Did you
 3   receive -- and I only want a yes or no answer to
 4   this.  Did you receive a litigation hold in
 5   connection with this lawsuit filed by Mr. Goodman?
 6            MR. ROSEN:  You mean -- when?  At the
 7   time?  At what time?  You mean when the suit was
 8   filed?
 9            MS. ANDREWS:  I just want to know if she's
10   received a litigation hold at all in connection with
11   this.  That's my first question.
12            MR. ROSEN:  You mean ever?
13            MS. ANDREWS:  Yeah, ever, in connection
14   with Mr. Goodman's lawsuit.
15            MR. ROSEN:  Well, I object to the form of
16   the question as to relevance, ever.  You can answer
17   that.
18            THE WITNESS:  I would have to go back and
19   look.  I don't believe prior to being served notice
20   of the suit that I had, but I would have to go back
21   and look.
22   BY MS. ANDREWS:
```

1    Q.   Do you remember if you received a
2 litigation hold at all, whether it was before or
3 after you got notice of the lawsuit?
4    A.   I don't believe so.  Again, if I did, it
5 would be in the legal paperwork that we submitted to
6 Jeff, but I do not believe we received a lit. hold on
7 this.  I just believe I received notification of the
8 lawsuit.
9         MS. ANDREWS:  Okay.  That's all I have.
10 Thank you for your time.
11         MR. ROSEN:  I guess we'll read to ensure
12 it's been transcribed accurately by the court
13 reporter.  You know, we'll read it.
14         (Discussion off the record.)
15         MR. ROSEN:  Then I'd like an electronic
16 copy, please.
17         (Whereupon, at 11:32 a.m., ET, the instant
18 deposition ceased.)
19
20
21
22