IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAVID GRAHAM GOODMAN,<br><br>                               Plaintiff,<br><br>v.<br><br>KENNETH W. STOLLE, ET AL.,<br><br>                               Defendants. | Civil Action No. 1:13-cv-540 |

**DECLARATION OF DAVID GRAHAM GOODMAN
IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO RULE 37(e)**

I, David Graham Goodman, state as follows:

1. I am over twenty-one years of age, and I am competent to testify to the matters set forth herein.

2. I am the Plaintiff in Case No. 1:13-cv-540, and I am currently incarcerated at River North Correctional Center in Independence, Virginia.

3. I submit this declaration in support of Plaintiff's Motion For Sanctions Pursuant To Rule 37(e).

4. I have authorized my attorney, Lauren C. Andrews, to execute this declaration electronically on my behalf.

5. On November 7, 2012, I was treated by a nurse at the Virginia Beach Correctional Center ("VBCC") after being assaulted by the Defendants. While I was being treated in the medical office of the VBCC, I told the nurse that I wanted to see the videos of the incidents and that I was going to sue the officers involved.

6. I was never left alone with the nurse while she was treating me. A Virginia Beach Sheriff's Office sergeant was present the entire time I was in the medical office, and the sergeant heard my complaint and request to the nurse.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2021.

*/s/ David Graham Goodman*
DAVID GRAHAM GOODMAN

I, Lauren C. Andrews, certify that I reviewed the information contained in this declaration with David Graham Goodman via telephone on December 2, 2021, and that at that time, he certified that the information contained in this declaration was true and accurate to the best of his knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2021.

> */s/ Lauren C. Andrews*
> Lauren C. Andrews (VA Bar No. 92149)
> ROBBINS, RUSSELL, ENGLERT,
> ORSECK & UNTEREINER LLP
> 2000 K Street, N.W., 4th Floor
> Washington, D.C. 20006
> Tel: (202) 775-4500
> Fax: (202) 775-4510
> landrews@robbinsrussell.com
>
> *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 2, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Jeff Wayne Rosen
Lisa Ehrich
Jeffrey A. Hunn
PENDER & COWARD PC
222 Central Park Ave, Suite 400
Virginia Beach, VA 23462
Tel: (757) 490-6253
jrosen@pendercoward.com

*Counsel for Defendants*

                /s/ Lauren C. Andrews
                Lauren C. Andrews (VA Bar No. 92149)
                ROBBINS, RUSSELL, ENGLERT,
                ORSECK & UNTEREINER LLP
                2000 K Street, N.W., 4th Floor
                Washington, D.C. 20006
                Tel: (202) 775-4500
                Fax: (202) 775-4510
                landrews@robbinsrussell.com

                *Counsel for Plaintiff*