IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DAVID GRAHAM GOODMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:13-cv-540 (RDA/IDD) |
| KENNETH W. STOLLE, *et al.*, | ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the Court on the parties' Joint Status Report. Dkt. 224. The parties state that they completed the execution of a settlement agreement on March 29, 2022, and ask for an additional four weeks to submit their stipulation of dismissal based on the Commonwealth of Virginia's request for a settlement draft.

The Court finds good cause to continue the stay in this matter for an additional four-week period. Should the parties fail to submit a stipulation of dismissal by May 6, 2022, the stay will be lifted and the Court will reset this matter for a jury trial.

It is SO ORDERED.

Alexandria, Virginia
April 8, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge