IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAVID GRAHAM GOODMAN, <br><br>    Plaintiff, <br><br> v. <br><br> KENNETH W. STOLLE, ET AL., <br><br>    Defendants. | Civil Action No. 1:13-cv-540 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to Plaintiff's voluntary dismissal of the above-referenced matter with prejudice. Each side is to bear their own costs.

Dated: April 28, 2022

/s/ Lauren C. Andrews
Lauren C. Andrews (VA Bar No. 92149)
Shikha Garg (*pro hac vice*)
KRAMER LEVIN ROBBINS RUSSELL
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
landrews@kramerlevin.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Jeff W. Rosen
Jeff W. Rosen (VA Bar No. 22689)
Jeffrey A. Hunn (VA Bar No. 32205)
PENDER & COWARD, P.C.
222 Central Park Ave.
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
jrosen@pendercoward.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Jeff Wayne Rosen
Jeffrey A. Hunn
PENDER & COWARD PC
222 Central Park Ave, Suite 400
Virginia Beach, VA 23462
Tel: (757) 490-6253
jrosen@pendercoward.com

*Counsel for Defendants*

/s/ Lauren C. Andrews
Lauren C. Andrews (VA Bar No. 92149)
KRAMER LEVIN ROBBINS RUSSELL
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
landrews@kramerlevin.com

*Counsel for Plaintiff*